IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANA MORSE,

                                                   ORDER

                Petitioner,

                                                08-cv-632-bbc

       v.

MICHELE KRUEGER, Probation & Parole Agent,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Dana Morse has responded to the October 31, 2008 order by submitting a copy of his six-month trust fund account statement so that I can assess an initial partial payment of the $350 fee for filing this case. From the statement, I find that petitioner must pay an initial partial payment in the amount of $18.02, before I can screen the merits of his complaint pursuant to 28 U.S.C. § 1915A. Petitioner should be aware that once he pays the initial partial payment, he will have to pay the remainder of the $350 fee in monthly installments even if his request for leave to proceed is denied.

ORDER

      IT IS ORDERED that petitioner is assessed $18.02 as an initial partial payment of

1

the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $18.02 on or before December 2, 2008. If, by December 2, 2008, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 10th day of November, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge