# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DANA MORSE,

        Petitioner,

   v.

MICHELE KRUEGER, Probation & Parole Agent,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-632-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____12/4/08_____
Date